# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANCARLO MERCADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IMPERIUM INSURANCE COMPANY, and DOES 1 through 50, inclusive<br><br>　　　　Defendant. | CASE NO. 2:12-cv-08486-JAK-RZ<br><br>**ORDER OF DISMISSAL PURSUANT TO THE STIPULATION OF THE PARTIES**<br><br>**JS-6**<br><br>Complaint Filed: 8/29/12<br>Pre-Trial Conf.: 11/25/2013<br>Trial Date: 12/10/2013 |

　　　Having reviewed the Stipulation of Dismissal with prejudice submitted by Plaintiff GIANCARLO MERCADO ("MERCADO") and Defendant IMPERIUM INSURANCE COMPANY ("IMPERIUM") on or about May 17, 2013 in regard to all the claims alleged by MERCADO against IMPERIUM in the above-entitled action, **THE COURT HEREBY ORDERS AS FOLLOWS:**

　　　**IT IS HEREBY ORDERED** that the above-entitled action, including all of MERCADO's claims against IMPERIUM for declaratory relief, breach of contract, and breach of the implied covenant of good faith and fair dealing alleged

1  therein, is hereby dismissed with prejudice pursuant to FRCP
2  41(a)(1).
3     Accordingly, the June 3, 2013 Order to Show Cause
4  hearing is taken off calendar.
5     **IT IS SO ORDERED.**
6  DATED: May 31, 2013

By: _____
HONORABLE JOHN A. KRONSTADT
Judge of the United States
District Court for the Central
District of California

Selman Breitman LLP
ATTORNEYS AT LAW

83732.1  1118.30756

2